# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| RYAN CARTER, *etc.*, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 20-0351-WS-M |
| | ) |
| SHARON VANCE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on the Joint Stipulation of Dismissal of Plaintiff's Claims against Defendant Phoenix V Association, Inc. (doc. 36). The Joint Stipulation, which is signed by counsel of record for both plaintiff and defendant Phoenix, reflects that the signatory parties have stipulated and agreed to the dismissal with prejudice of all claims and causes of action asserted by plaintiff against defendant Phoenix V Association, Inc.

In light of that Stipulation, and pursuant to Rule 41(a)(2), Fed.R.Civ.P., it is hereby **ordered** that plaintiff's claims against defendant Phoenix V Association, Inc., are **dismissed with prejudice**, each party to bear his or its own respective costs associated with this action. Inasmuch as there are no longer any pending claims herein involving that entity, the Clerk's Office is directed to **terminate** Phoenix V Association, Inc., as a party defendant in this matter.

This Order in no way dismisses or otherwise affects plaintiff's claims against the remaining defendants. This action will proceed as between Ryan Carter, individually and as father and next friend of [minor child], and defendants Sharon Vance, individually, Sharon K. Vance as Trustee of the Sharon K. Vance Revocable Trust, and Brett/Robinson Gulf Corporation.

DONE and ORDERED this 28th day of May, 2021.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE